**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>INTERNATIONAL SHIPHOLDING CORPORATION, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 16-12220 (SMB)<br><br>(Jointly Administered) |
| ROBERT MICHAELSON, in his capacity as TRUSTEE OF THE INTERNATIONAL SHIPHOLDING GUC TRUST,<br><br>                    Plaintiff,<br><br>    v.<br><br>PORT MANATEE SHIP REPAIR & FABRICATION, L.L.C.,<br><br>                    Defendant. | Adv. Proc. No. 18-01604 (SMB) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss:
COUNTY OF NEW YORK  )

La Asia S. Canty, being duly sworn, affirms, deposes and says:

I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Enterprise Ship Co. (9059); Sulphur Carriers, Inc. (8965); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); LMS Shipmanagement, Inc. (0660); U.S. United Ocean Services, LLC (1160); Mary Ann Hudson, LLC (8478); Sheila McDevitt, LLC (8380); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); LCI Shipholdings, Inc. (8094); Dry Bulk Australia LTD (5383); Dry Bulk Americas LTD (6494); and Marco Shipping Company PTE LTD (4570).

On November 6, 2018, I caused the *Motion for Default Judgment Against Port Manatee Ship Repair & Fabrication, L.L.C.* [Docket No. 9] to be served upon the parties listed on the annexed Service List by First Class Mail and by Certified Mail, Return Receipt Requested postage paid and deposited with the U.S. Postal Service.

                                           */s/ La Asia S. Canty*
                                           La Asia S. Canty

SWORN TO AND SUBSCRIBED before me this
6th day of November 2018

*/s/ G. Karen Brown*
G. KAREN BROWN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2019

## SERVICE LIST

| | |
|---|---|
| **FIRST CLASS MAIL**<br>Port Manatee Ship Repair &<br>  Fabrication, L.L.C<br>2114 Piney Point Road<br>Palmetto, FL 34221 | **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**<br>Port Manatee Ship Repair &<br>  Fabrication, L.L.C<br>2114 Piney Point Road<br>Palmetto, FL 34221 |
| **FIRST CLASS MAIL**<br>Port Manatee Ship Repair &<br>  Fabrication, L.L.C.<br>Attn:  Frank Kerney, President<br>210 National St., Warehouse #3<br>Manatee Port Authority<br>Palmetto, FL  34221 | **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**<br>Port Manatee Ship Repair &<br>  Fabrication, L.L.C.<br>Attn:  Frank Kerney, President<br>210 National St., Warehouse #3<br>Manatee Port Authority<br>Palmetto, FL  34221 |
| **FIRST CLASS MAIL**<br>Port Manatee Ship Repair &<br>  Fabrication, L.L.C.<br>Attn:  Frank H. Kerney III, Esq., Manager / R/A<br>5709 E. Longboat Blvd.<br>Tampa, FL  33615 | **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**<br>Port Manatee Ship Repair &<br>  Fabrication, L.L.C.<br>Attn:  Frank H. Kerney III, Esq., Manager / R/A<br>5709 E. Longboat Blvd.<br>Tampa, FL  33615 |
| **FIRST CLASS MAIL**<br>Port Manatee Ship Repair &<br>  Fabrication, L.L.C.<br>Attn:  Chief Financial Officer/Legal Dept.<br>P.O. Box 2547<br>Oldsmar, FL  34677 | **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**<br>Port Manatee Ship Repair &<br>  Fabrication, L.L.C.<br>Attn:  Chief Financial Officer/Legal Dept.<br>P.O. Box 2547<br>Oldsmar, FL  34677 |
| **FIRST CLASS MAIL**<br>Port Manatee Ship Repair &<br>  Fabrication, L.L.C.<br>Attn:  Chief Financial Officer/Legal Dept.<br>5709 E. Longboat Blvd.<br>Tampa, FL  33615 | **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**<br>Port Manatee Ship Repair &<br>  Fabrication, L.L.C.<br>Attn:  Chief Financial Officer/Legal Dept.<br>5709 E. Longboat Blvd.<br>Tampa, FL  33615 |